## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CUSTOM PRODUCE SALES, a corporation, <br><br>           Plaintiff, <br>    v. <br><br> RINGER & SON BROKERAGE, INC., a corporation; STEPHANIE JOHNSON, an individual; JOSHUA JOHNSON, an individual, <br>          Defendants. | CIVIL CASE NO. |

## COMPLAINT FOR VIOLATIONS OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT ("PACA") [7 U.S.C. §499e, et seq.]

Plaintiff CUSTOM PRODUCE SALES. ("CPS" or "Plaintiff") a corporation, complains and alleges as follows:

## I.

## JURISDICTION AND VENUE

1.    This court has jurisdiction of this case pursuant to §5(c)(5) of the Perishable Agricultural Commodities Act of 1930 as amended [7 U.S.C. §499(c)(5)] ("PACA") and pursuant to 28 U.S.C. §1331.  Venue is proper pursuant to 28 U.S.C. §1391(b).

2.    Plaintiff is and during all times herein has been a corporation organized and doing business under the laws of the State of California, with its principal place of business in the City of Parlier, State of California.

3.    Plaintiff is informed, believes and thereon alleges that defendant RINGER & SON BROKERAGE, INC. ("Ringer") is and during all times relevant herein was a

corporation with its principal mailing and business operations address of 30 N. 1st Avenue, Brighton, CO 80601.

4. Plaintiff is informed, believes and thereon alleges that Defendant STEPHANIE JOHNSON ("SJ") is an individual who during all times material herein was an officer, director, and/or shareholder of Ringer and who maintains a principal place of business located at 30 N. 1st Avenue, Brighton, CO 80601.

5. Plaintiff is informed, believes and thereon alleges that Defendant JOSHUA JOHNSON ("JJ") is an individual who during all times material herein was an officer, director, and/or shareholder of Ringer and who maintains a principal place of business located at 30 N. 1st Avenue, Brighton, CO 80601.

6. SJ and JJ are collectively referred to herein as "the Individual Defendants."

7. Ringer and the Individual Defendants are referred to collectively herein as "Defendants."

8. Plaintiff is informed, believes and thereon alleges that the Individual Defendants are and at all times material herein were insiders with actual and constructive knowledge of the PACA trust and the provisions set forth therein and who are and during times relevant herein were responsible for the daily management and control of Ringer and who are and during relevant times herein were statutory trustees under the PACA in a position to control the PACA trust assets that are the subject of this lawsuit.

## II.

## FIRST CAUSE OF ACTION

### (Breach of Contract Against Defendant Ringer)

9. Plaintiff hereby realleges and incorporates by reference paragraphs 1 through 8 inclusive, of this Complaint as though fully set forth herein.

10. Plaintiff is informed and believes and thereon alleges that at all times relevant herein, Ringer was engaged in the handling of produce in interstate and/or foreign commerce as a commission merchant, dealer and/or retailer in wholesale and

jobbing quantities and was therefore subject to the provisions of the PACA and the regulations promulgated by the Secretary of Agriculture of the United States of America pursuant to the PACA.

11.     Between on or about July 5, 2019 and November 19, 2019, in a series of transactions, Plaintiff sold perishable agricultural commodities to Defendant Ringer at said Defendant's request, and shipped said produce in accordance with Ringer's instructions, for which said Defendant agreed to pay Plaintiff in the principal amounts at least as great as the sum of $41,590.40.

12.     At or about the date of each transaction described above, Plaintiff forwarded to Defendant Ringer invoices for said transactions setting forth in detail the amounts owed by said Defendant for Defendant's purchase of the commodities, cumulatively totaling $41,590.40.  True and correct copies of such invoices are attached hereto and incorporated herein by this reference as **Exhibit 1.**

13.     Plaintiff has repeatedly demanded that Defendant Ringer pay the amounts due and owing under the invoices.  However, said Defendant has failed and refused, and continues to fail and refuse, to pay Plaintiff for the produce purchased and no part of those sums due and owing has been paid.

14.     Plaintiff has performed all conditions, covenants and obligations required to be performed by it under the agreements for sales of produce as set forth herein.

15.     As a direct and proximate result of the failure of Defendant Ringer to remit payment due to Plaintiff as described above, Plaintiff has suffered cumulative losses in the amount of at least $41,590.40, plus recoverable attorney's fees and interest at the highest legal rate.

/ / /

/ / /

/ / /

### III.

### SECOND CAUSE OF ACTION

**(Enforcement of Statutory Trust Provisions of PACA Against All Defendants)**

16.     Plaintiff hereby realleges and incorporates by reference paragraphs 1 through 15, inclusive of this Complaint as though fully set forth herein.

17.     Plaintiff at all times relevant herein was engaged in the business of selling and/or shipping perishable agricultural commodities as defined by PACA [7 U.S.C. §499a(4)].

18.     Plaintiff is informed and believes and thereon alleges that during all times mentioned herein, Defendant Ringer was engaged in the business of buying and selling perishable agricultural commodities as defined by PACA in wholesale and jobbing quantities as defined by PACA and was licensed by the USDA under PACA license no. 19761640.

19.     The perishable agricultural commodities that are the subject of this action were purchased and sold in or in contemplation of the course of interstate and/or foreign commerce.

20.     Pursuant to 7 U.S.C. §499e(c)(1)-(4) of the PACA upon receipt of the produce sold by Plaintiff to Defendant Ringer, Plaintiff became a beneficiary of a floating, non-segregated statutory trust on all of Defendants' perishable agricultural commodities, all inventories of food or other products derived from perishable agricultural commodities, and any receivables or proceeds from the sale of such perishable agricultural commodities or products or assets derived therefrom.

21.     Pursuant to the statutory trust provisions of PACA [7 U.S.C. §499e(c)(1)-(4)], Plaintiff is informed and believes and thereon alleges that Plaintiff has performed and fulfilled all duties required to preserve its trust benefits in the cumulative amount of at least $41,590.40 as separately set forth above, for the perishable agricultural commodities sold to Defendant Ringer, all of which remains past due and unpaid.

4

22.     Specifically, Plaintiff preserved its statutory trust rights under PACA by providing the following written notice of each Plaintiff's intent to preserve said Plaintiff's PACA trust rights on the face of each invoice: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

23.     Plaintiff's invoices contain the following written terms regarding recovery of costs and attorneys' fees: "In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorneys' fees incurred thereby as damages in addition to any principal balance then remaining due."

24.     Plaintiff's invoices further contain the following written terms providing for finance charges on past due payments: "Accounts past due are subject to a Finance Charge of 1 1/2% per month, 18% per annum."

25.     The terms described in the preceding paragraphs 23 and 24 were bargained-for terms of the contract which were accepted by Defendants without objection.

26.     The sums appearing on each of the invoices sent by each Plaintiff to Defendants represented the sales prices to which Defendants agreed for the transactions underlying this Complaint.

27.     Plaintiff is informed and believes for the reasons alleged herein above, that Defendants, and each of them, are statutory trustees under PACA.  The PACA trust requires Defendants, and each of them, to hold and preserve such goods, inventories, proceeds and receivables in trust for the benefit of Plaintiff until full payment has been made to Plaintiff.  Plaintiff is informed and believes and thereon alleges  that Defendants have failed to maintain the trust assets and keep them available to satisfy Defendants'

obligations to Plaintiff in that said Defendants have failed to perform the requirements of said statutory trust provisions, express and implied, and have breached their fiduciary duties to maintain the trust assets, all in violation of the provisions of the PACA Title 7, U.S.C. §499(b)(4) and 7 Code of Federal Regulation §46.46 (1984) and all other pertinent regulations issued by the Secretary of Agriculture pursuant to the PACA.

28.     Plaintiff is informed and believes and upon that basis alleges that during times relevant herein, Defendants transferred or diverted the trust assets, and are continuing to so transfer or divert trust assets, namely receivables or proceeds derived from Defendants' sale of produce, to their own use and/or to an unknown third party or parties, in violation of their statutory duties under the PACA to preserve the trust assets for the benefit of Plaintiff.   [7 C.F.R. §46.46(c)].   The statutory trust created by the PACA unequivocally gives priority to the interest of Plaintiff on all inventories of products derived from perishable agricultural commodities, and any receivables or proceeds from the sale of such commodities or products that have been transferred to secured or unsecured creditors.

29.     As a direct and proximate cause and result of the wrongful acts and omissions of Defendants, Plaintiff has suffered the cumulative loss of at least $41,590.40, plus recoverable attorney's fees and interest in amounts to be determined, all of which qualifies for protection under the PACA trust.

## IV.

## THIRD CAUSE OF ACTION

## (For Violation of Perishable Agricultural Commodities Act:  Failure To Account And Pay Promptly Against All Defendants)

30.     Plaintiff  hereby realleges and incorporates by reference paragraphs 1 through 29, inclusive, of this Complaint as though fully set forth herein.

31.     Plaintiff has repeatedly demanded that Defendants pay the amounts due stated above, for produce sold and delivered to Defendants as described above.  Despite

these demands, Defendants have failed and refused to truly, correctly and accurately account for and make full payment of the proceeds of those transactions. Therefore, Defendants have failed to perform the requirements of said contracts of sale, express and implied, and have breached their duty to account and pay for the produce sold, and have diverted PACA trust assets to third parties, all in violation of the provisions of the PACA Title 7, U.S.C. §499e *et seq.* (1930), and all other pertinent regulations issued by the Secretary of Agriculture to the PACA.

32.     As a direct and proximate cause and result of the wrongful acts and omissions of Defendants as alleged above, Plaintiff has suffered the cumulative loss of $41,590.40 in net produce sales proceeds due and owing to Plaintiff and wrongfully withheld or wrongfully diverted by Defendants, plus reasonable attorney's fees and interest in amounts to be determined.

## V.

## FOURTH CAUSE OF ACTION

### (For Breach of Fiduciary Duty Against All Defendants)

33.     Plaintiff   hereby realleges and incorporates by reference paragraphs 1 through 32, inclusive, of this Complaint as though fully set forth herein.

34.     Plaintiff is informed, believes and thereon alleges that during times relevant to this action, the Individual Defendants were the controlling officers, directors, members, and/or shareholders of Defendant Ringer.

35.     As the controlling officers, directors, members, and/or shareholders of Defendant Ringer, the Individual Defendants, and each of them, had and continues to have a duty to ensure that Defendant Ringer fulfilled its duties as a PACA trustee and maintained PACA Trust Assets in such a manner so as to ensure there were, at all times, sufficient Trust Assets available to satisfy all outstanding PACA trust obligations, such as that owed to Plaintiff, as the obligation became due.

36.     Plaintiff is informed, believes and thereon alleges that during times herein

the Individual Defendants had full knowledge and responsibility for the handling of Defendant Ringer's duties as trustees of the PACA trust.

37.     Plaintiff is informed, believes and thereon alleges that the Individual Defendants controlled or had and continue to have a duty to control Defendant Ringer's operations and financial dealings, including those involving the PACA Trust Assets.

38.     Plaintiff is informed, believes and thereon alleges that Defendant Ringer breached its fiduciary duty to maintain sufficient PACA Trust Assets to pay all PACA trust claims as they became due.

39.     Plaintiff is informed, believes and thereon alleges that the Individual Defendants breached their fiduciary duties to direct Defendant Ringer to fulfill its duties as a PACA trustee to preserve and maintain sufficient PACA Trust Assets to pay Plaintiff for the Produce they supplied to Defendants.

40.     As a direct and proximate cause and result of the Defendant Ringer and the Individual Defendants' breach of their fiduciary duties, Plaintiff has incurred damages in the cumulative amount of at least $41,590.40 plus recoverable finance charges, attorneys' fees and costs, all of which qualifies for protection under the PACA trust.

41.     As statutory PACA trustees, the Individual Defendants are jointly and severally personally liable to Plaintiff for the breach of fiduciary duty in dissipating the PACA trust to the extent of $41,590.40, less any monies Plaintiff receives from the PACA Trust Assets.

## IX.

### FIFTH CAUSE OF ACTION

### (For Finance Charges and Recoverable Attorneys' Fees Against All Defendants)

42.     Plaintiff hereby realleges and incorporates by reference paragraphs 1 to 41, inclusive of this Complaint as though fully set forth herein.

43.     Pursuant to PACA, 7 U.S.C. §499e(c) and the Code of Federal Regulations

promulgated there under, Defendants were statutorily required to maintain a trust in such amount in favor of Plaintiff in order to make full payment to Plaintiff.

44. As a result of the failure of Defendants to maintain the trust and to make full payment promptly, Plaintiff has been required to pay attorneys' fees and costs in order to bring this action to compel payment of the trust *res.*

45. As a further result of the failure of Defendants to comply with their statutorily mandated duties to maintain the trust and make full payment promptly, Plaintiff has lost the use of said money.

46. Plaintiff will not receive full payment as required by PACA, 7 U.S.C. §499e(c), if Plaintiff must expend part of said payment on attorneys' fees, costs and loss of interest due to violations by Defendants of their statutory duties to maintain the trust and make full payment promptly.

47. Plaintiff's invoices contained written provisions for attorneys' fees on the face of each of the invoices submitted to Defendants. Plaintiff's invoices also contained a provisions for interest on unpaid balances at the rate of 1.5% per month (18% per annum) from the date payment was due until paid. Each of these provisions were bargained for terms of the contract and are sums owing in connection with the transaction. Accordingly, Plaintiff is entitled to and requests judgment against Defendants, jointly and severally, for pre-judgment interest and/or finance charges and costs and attorneys' fees.

## SIXTH CAUSE OF ACTION

### (For Unjust Enrichment Against All Defendants)

48. Plaintiff hereby realleges and incorporates by reference paragraphs 1 to 47, inclusive of this Complaint as though fully set forth herein.

49. Defendants, and each of them, have converted, or are now in the process of converting, to their own use and benefit, the goods delivered to Defendants by Plaintiffs, and/or the proceeds therefrom, valued in the cumulative principal amount due of at least

$41,590.40, as separately set forth above.

50.     If the Defendants are allowed to continue to convert and/or use such goods and/or proceeds, they will be unjustly enriched to the detriment of Plaintiffs.

51.     As a direct and proximate result of the wrongful conversion of funds due to Plaintiffs, Plaintiffs have been damaged and Defendants have been unjustly enriched in the cumulative principal amount of at least $41,590.40.

**SEVENTH CAUSE OF ACTION**

**(For Conversion Against All Defendants)**

52.     Plaintiff hereby realleges and incorporates by reference paragraphs 1 to 51, inclusive of this Complaint as though fully set forth herein.

53.     At all times relevant herein, Plaintiffs were and currently are, entitled to possession of the specific sums as alleged herein in the cumulative principal amount due of at least $41,590.40.

54.     During all times relevant herein, and continuing thereafter, Plaintiffs have repeatedly demanded the immediate turnover of the above-mentioned sums but Defendants have failed and refused and continue to fail and refuse to turn over such sums of money to Plaintiffs.

55.     Plaintiffs are informed and believe and thereon allege that Defendants have diverted payments of Defendants' receivables and/or other assets which are part of the PACA trust (and which rightfully belong to Plaintiffs) to pay themselves or third parties, and that the Individual Defendants directed or participated in these activities.

56.     Consequently, Defendants are liable to Plaintiffs for conversion of Plaintiffs' PACA trust property in at least the amount of the cumulative principal balance due, which is $41,590.40.

*/ / /*

**WHEREFORE**, Plaintiff prays for judgment against Defendants as follows:

## FIRST CAUSE OF ACTION

### (For Breach of Contract)

1.      For damages in the cumulative amount of $41,590.40 as against Defendant Ringer; and,

2.      For such other and further relief as the Court may deem just and proper.

## SECOND CAUSE OF ACTION

### (For Enforcement of Statutory Trust Provisions of PACA)

1.      For an order requiring Defendants to immediately account for and pay all PACA trust assets to Plaintiff in the combined amount of $41,590.40 as against Defendants; and,

2.      For such other and further relief as the Court may deem just and proper.

## THIRD CAUSE OF ACTION

### (For Violation Of Perishable Agricultural Commodities Act:  Failure To Account And Pay Promptly)

1.      For damages in the combined amount of $41,590.40 as against Defendants;

2.      For an order requiring Defendants to immediately account for and pay all PACA trust assets to Plaintiff in the total amount of $41,590.40 as against Defendants, jointly and severally; and,

3.      For such other and further relief as the Court may deem just and proper.

## FOURTH CAUSE OF ACTION

### (For Breach of Fiduciary Duty)

1.      For judgment, jointly and severally, against the Individual Defendants and in favor of the Plaintiff in the cumulative amount of $41,590.40;

2.      For such other and further relief as the Court may deem just and proper.

## FIFTH CAUSE OF ACTION

### (For Attorneys Fees, Costs, Finance Charges and/or Interest)

1.      For interest or finance charges thereon at the contractual rate of 18% per annum, or at the highest legal rate from the date the obligation became due and payable to Plaintiff until fully paid as separately alleged above, until all principal sums are fully paid;

2.      For reasonable attorneys' fees and costs of suit incurred herein; and,

3.      For such other and further relief as this Court deems proper.

## SIXTH CAUSE OF ACTION

### (For Unjust Enrichment)

1.      For damages in the combined principal amount of $41,590.40 as against Defendants, and each of them, jointly and severally, and in favor of each Plaintiff as separately set forth in the allegations herein;

2.      For such other and further relief as this Court deems proper.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## SEVENTH CAUSE OF ACTION

### (For Conversion)

1.     For the value of the monies converted in the combined principal amount of $41,590.40 as against Defendants, and each of them, jointly and severally, and in favor of each Plaintiff as separately set forth in the allegations herein;

2.     For such other and further relief as this Court deems proper.

Respectfully submitted,

Dated: December 23, 2019

 _/s/R. Jason Read_

**R. Jason Read**
CA Bar No. 117561
Admitted to Practice in District of Colorado
Rynn & Janowsky, LLP
2603 Main Street, Suite 1250
Irvine, CA 92614
Telephone: (949) 752-2911
Fax: (949) 752-0953
E-mail: jason@rjlaw.com
Attorneys for Plaintiff,
Custom Produce Sales

# EXHIBIT 1

## Sales Orders and Outstanding Invoices
Custom Produce Sales

| Invoice | Ship Date | PO Ref | Amount | Receipts | Balance | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Later | Credits |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RINGER & SON BROKERAGE CO., INC. | | | USD | Credit Limit: | 50,000.00 | | | | | | |
| 433868 | 11/19/2019 | 189293 | 920.00 | .00 | 920.00 | 920.00 | .00 | .00 | .00 | .00 | .00 |
| 432566C' | 09/20/2019 | 51292 | 1,638.00 | .00 | 1,638.00 | .00 | .00 | 1,638.00 | .00 | .00 | .00 |
| 427993 1 | 08/15/2019 | 120840-1 | 1,974.00 | .00 | 1,974.00 | .00 | .00 | .00 | 1,974.00 | .00 | .00 |
| 427918C' | 08/03/2019 | 188922 | 123.75 | .00 | 123.75 | .00 | .00 | .00 | .00 | 123.75 | .00 |
| 426915 | 07/23/2019 | | 627.90 | .00 | 627.90 | .00 | .00 | .00 | .00 | 627.90 | .00 |
| 426916 | 07/23/2019 | | 1,995.90 | .00 | 1,995.90 | .00 | .00 | .00 | .00 | 1,995.90 | .00 |
| 426057 | 07/20/2019 | | 2,570.40 | .00 | 2,570.40 | .00 | .00 | .00 | .00 | 2,570.40 | .00 |
| 426907 | 07/20/2019 | | 1,622.25 | .00 | 1,622.25 | .00 | .00 | .00 | .00 | 1,622.25 | .00 |
| 426049 | 07/16/2019 | | 3,155.60 | .00 | 3,155.60 | .00 | .00 | .00 | .00 | 3,155.60 | .00 |
| 426054 | 07/15/2019 | 188815 | 2,570.40 | .00 | 2,570.40 | .00 | .00 | .00 | .00 | 2,570.40 | .00 |
| 426055 | 07/15/2019 | | 627.90 | .00 | 627.90 | .00 | .00 | .00 | .00 | 627.90 | .00 |
| 426024 | 07/12/2019 | 188799 | 3,819.20 | .00 | 3,819.20 | .00 | .00 | .00 | .00 | 3,819.20 | .00 |
| 426025T | 07/12/2019 | 188798 | 1,397.20 | .00 | 1,397.20 | .00 | .00 | .00 | .00 | 1,397.20 | .00 |
| 426026 | 07/12/2019 | 188803 | 1,674.40 | .00 | 1,674.40 | .00 | .00 | .00 | .00 | 1,674.40 | .00 |
| 426033 | 07/12/2019 | 188806 | 3,914.40 | .00 | 3,914.40 | .00 | .00 | .00 | .00 | 3,914.40 | .00 |
| 426035 | 07/12/2019 | | 627.90 | .00 | 627.90 | .00 | .00 | .00 | .00 | 627.90 | .00 |
| 424087 | 07/08/2019 | | 1,674.40 | .00 | 1,674.40 | .00 | .00 | .00 | .00 | 1,674.40 | .00 |
| 424081 | 07/06/2019 | | 6,742.40 | .00 | 6,742.40 | .00 | .00 | .00 | .00 | 6,742.40 | .00 |
| 424080 | 07/05/2019 | | 3,914.40 | .00 | 3,914.40 | .00 | .00 | .00 | .00 | 3,914.40 | .00 |
| Total: | | | 41,590.40 | .00 | 41,590.40 | 920.00 | .00 | 1,638.00 | 1,974.00 | 37,058.40 | .00 |
| Grand Total: | | | 41,590.40 | .00 | 41,590.40 | 920.00 | .00 | 1,638.00 | 1,974.00 | 37,058.40 | .00 |



# Custom Produce Sales
P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| | |
|---|---|
| INVOICE NO.: | 433868 |
| INVOICE DATE: | 11/25/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 11/19/2019 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | 4 - CONSIGNED |

BUYER I.D.:          PO#   189293

| SOLD TO: | RINGER & SON PRODUCE<br>30 NORTH 1ST AVE<br>BRIGHTON, CO 80601<br>US | SHIP TO: | RINGER & SON BROKERAGE CO. INC.<br><br>DENVER CO<br>US |
|---|---|---|---|

INSPECTION:                    B/L:  433868
ROUTING:
OUR ORDER NO.:  433868     SALESMAN:  88 - MIKE P     LICENSE NO:                    Page 1 of 1
BROKER:

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| ZUCCHINI SQUASH CTN FANCY | 160 | 5.75 | CTN | 920.00 |
| EGGPLANT CTN 24 | 60 | | CTN | Open |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.

Please show our file number on your remittance. Accounts past due are subject to a **Finance charge of 1 1/2% per month, 18% per annum.** All shipments based on good delivery standards. No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record. Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice. Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement. In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

**PLEASE PAY**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. §499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

| TOTAL QUANTITY | TOTAL AMOUNT |
|---|---|
| 220 | 920.00 USD |



# Custom Produce Sales
P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| INVOICE NO.: | 432566CS |
|---|---|
| INVOICE DATE: | 09/20/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 09/20/2019 |

SHIPPED FROM:

BUYER I.D.:     PO#  51292

FREIGHT TERMS:  1 - FOB

| SOLD TO: | RINGER & SON PRODUCE<br>30 NORTH 1ST AVE<br>BRIGHTON, CO 80601<br>US | SHIP TO: | RINGER & SON PRODUCE<br>30 NORTH 1ST AVE<br>BRIGHTON, CO 80601<br>US |
|---|---|---|---|

INSPECTION:                    B/L:  432566CS

OUR ORDER NO.:  432566CS     SALESMAN:  88 - MIKE P     ROUTING:
BROKER:                      LICENSE NO:                Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| GREEN BELLPEPPER CTN XLARGE  PRODUCT OF US | 168 | 9.75 | CTN | 1,638.00 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.

Please show our file number on your remittance. Accounts past due are subject to a Finance charge of 1 1/2% per month, 18% per annum. All shipments based on good delivery standards. No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record. Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice. Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement. In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

**PLEASE PAY**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. §499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

| TOTAL QUANTITY | TOTAL AMOUNT |
|---|---|
| 168 | 1,638.00 USD |



# Custom Produce Sales
P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| | |
|---|---|
| INVOICE NO.: | 427993 1 |
| INVOICE DATE: | 08/20/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 08/15/2019 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | 1 - FOB |

BUYER I.D.:                PO#   120840-1

SOLD TO:   RINGER & SON PRODUCE
           30 NORTH 1ST AVE
           BRIGHTON, CO 80601
           US

SHIP TO:   RINGER & SON PRODUCE
           30 NORTH 1ST AVE
           BRIGHTON, CO 80601
           US

INSPECTION:                    B/L:  427993 1

OUR ORDER NO.:   427993 1    SALESMAN:  88 - MIKE P    ROUTING:
BROKER:                                               LICENSE NO:              Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| RED BELLPEPPER CTN XLARGE 571225 | 168 | 11.75 | CTN | 1,974.00 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.

Please show our file number on your remittance.  Accounts past due are subject to a Finance charge of 1 1/2% per month, 18% per annum.  All shipments based on good delivery standards.  No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record.  Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice.  Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement.  In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

PLEASE PAY

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. §499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

| TOTAL QUANTITY | TOTAL AMOUNT |
|---|---|
| 168 | 1,974.00 USD |



# Custom Produce Sales
P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| | |
|---|---|
| INVOICE NO.: | 427918CS |
| INVOICE DATE: | 08/03/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 08/03/2019 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | 1 - FOB |

BUYER I.D.:          PO# 188922

SOLD TO:
RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

SHIP TO:
RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

INSPECTION:                    B/L: 427918CS
ROUTING:
OUR ORDER NO.: 427918CS    SALESMAN: 88 - MIKE P
BROKER:                        LICENSE NO:                    Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| EGGPLANT RPC 24's | 45 | 2.75 | CTN | 123.75 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.

Please show our file number on your remittance. Accounts past due are subject to a Finance charge of 1 1/2% per month, 18% per annum. All shipments based on good delivery standards. No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record. Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice. Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement. In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

PLEASE PAY

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. §499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

| TOTAL QUANTITY | TOTAL AMOUNT |
|---|---|
| 45 | 123.75 USD |



# Custom Produce Sales
P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| | |
|---|---|
| INVOICE NO.: | 426915 |
| INVOICE DATE: | 07/25/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 07/23/2019 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | 1 - FOB |

BUYER I.D.:            PO#

SOLD TO:
RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

SHIP TO:
RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

INSPECTION:                    B/L: 426915
OUR ORDER NO.: 426915      SALESMAN: 88 - MIKE P      ROUTING:
BROKER:                                    LICENSE NO.: 480460      Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| CUCUMBERS CTN PLAIN PRODUCT OF MX | 42 | 14.95 | CTN | 627.90 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.

Please show our file number on your remittance. Accounts past due are subject to a Finance charge of 1 1/2% per month, 18% per annum. All shipments based on good delivery standards. No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record. Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice. Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement. In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

PLEASE PAY

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. §499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

| TOTAL QUANTITY | TOTAL AMOUNT |
|---|---|
| 42 | 627.90 USD |



## Custom Produce Sales
P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| | |
|---|---|
| INVOICE NO.: | 426916 |
| INVOICE DATE: | 07/25/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 07/23/2019 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | 1 - FOB |

BUYER I.D.:                     PO#

SOLD TO:   RINGER & SON PRODUCE
           30 NORTH 1ST AVE
           BRIGHTON, CO 80601
           US

SHIP TO:   RINGER & SON PRODUCE
           30 NORTH 1ST AVE
           BRIGHTON, CO 80601
           US

INSPECTION:                        B/L: 426916

OUR ORDER NO.:  426916     SALESMAN: 88 - MIKE P     ROUTING:
BROKER:                                    LICENSE NO.: 480460     Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| CUCUMBERS CTN SUPSL PRODUCT OF MX | 42 | 26.95 | CTN | 1,131.90 |
| STAR RUBY GRAPEFRUIT CTN 40'S PRODUCT OF US | 54 | 16.00 | CTN | 864.00 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

**PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.**

Please show our file number on your remittance. Accounts past due are subject to a **Finance charge of 1 1/2% per month, 18% per annum.** All shipments based on good delivery standards. No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record. Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice. Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement. In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

| PLEASE PAY |
|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. §499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

| | TOTAL QUANTITY | TOTAL AMOUNT |
|---|---|---|
| | 96 | 1,995.90 USD |



# Custom Produce Sales

P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| | |
|---|---|
| INVOICE NO.: | 426057 |
| INVOICE DATE: | 07/24/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 07/20/2019 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | 1 - FOB |

BUYER I.D.:           PO#

SOLD TO:  RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

SHIP TO:  RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

| | | | |
|---|---|---|---|
| | INSPECTION: | | B/L: 426057 |
| OUR ORDER NO.: 426057 | SALESMAN: 88 - MIKE P | ROUTING: | |
| BROKER: | | LICENSE NO.: 892TFR | Page 1 of 1 |

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| RED BELLPEPPER CTN LARGE PRODUCT OF US | 112 | 22.95 | CTN | 2,570.40 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.

Please show our file number on your remittance. Accounts past due are subject to a Finance charge of 1 1/2% per month, 18% per annum. All shipments based on good delivery standards. No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record. Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice. Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement. In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. §499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

**PLEASE PAY**

| TOTAL QUANTITY | TOTAL AMOUNT |
|---|---|
| 112 | 2,570.40 USD |



# Custom Produce Sales

P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| | |
|---|---|
| INVOICE NO.: | 426907 |
| INVOICE DATE: | 07/23/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 07/20/2019 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | 1 - FOB |

BUYER I.D.:            PO#

**SOLD TO:**
RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

**SHIP TO:**
RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

INSPECTION:                        B/L: 426907
ROUTING:

OUR ORDER NO.: 426907      SALESMAN: 88 - MIKE P
BROKER:                    LICENSE NO.: 892TFR         Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| RED BELLPEPPER CTN CHOICE PRODUCT OF US | 28 | 18.95 | CTN | 530.60 |
| CRENSHAW MELONS CTN JMB 5 PRODUCT OF US | 15 | 12.95 | CTN | 194.25 |
| GREEN BELLPEPPER CTN XLARGE PRODUCT OF US | 28 | 20.95 | CTN | 586.60 |
| JUAN CANARY MELONS CTN JMB 5 PRODUCT OF US | 10 | 12.95 | CTN | 129.50 |
| CASABA MELONS CTN JMB 6 PRODUCT OF US | 14 | 12.95 | CTN | 181.30 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

**PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.**

Please show our file number on your remittance. Accounts past due are subject to a **Finance charge of 1 1/2% per month, 18% per annum.** All shipments based on good delivery standards. No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record. Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice. Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement. In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. §499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

**PLEASE PAY**

| TOTAL QUANTITY | TOTAL AMOUNT |
|---|---|
| 95 | 1,622.25 USD |



# Custom Produce Sales
P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| INVOICE NO.: | 426049 |
|---|---|
| INVOICE DATE: | 07/17/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 07/16/2019 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | 1 - FOB |

BUYER I.D.:          PO#

**SOLD TO:**
RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

**SHIP TO:**
RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

INSPECTION:                          B/L: 426049
OUR ORDER NO.: 426049     SALESMAN: 88 - MIKE P     ROUTING:
BROKER:                                LICENSE NO: 264334     Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| CUCUMBERS CTN PLAIN PRODUCT OF MX | 154 | 18.95 | CTN | 2,918.30 |
| EGGPLANT CTN 18 | 14 | 16.95 | CTN | 237.30 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.

Please show our file number on your remittance. Accounts past due are subject to a **Finance charge of 1 1/2% per month, 18% per annum.** All shipments based on good delivery standards. No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record. Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice. Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement. In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

**PLEASE PAY**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. §499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

| TOTAL QUANTITY | TOTAL AMOUNT |
|---|---|
| 168 | 3,155.60 USD |



## Custom Produce Sales
P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| | |
|---|---|
| INVOICE NO.: | 426054 |
| INVOICE DATE: | 07/17/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 07/15/2019 |

SHIPPED FROM:
FREIGHT TERMS:  1 - FOB

BUYER I.D.:     PO#  188815

SOLD TO:  RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

SHIP TO:  RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

INSPECTION:                     B/L: 426054
OUR ORDER NO.:  426054     SALESMAN:  88 - MIKE P     ROUTING:
BROKER:                          LICENSE NO.: 4MB3482     Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| RED BELLPEPPER CTN XLARGE | 112 | 22.95 | CTN | 2,570.40 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.

Please show our file number on your remittance. Accounts past due are subject to a Finance charge of 1 1/2% per month, 18% per annum. All shipments based on good delivery standards. No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record. Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice. Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement. In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

PLEASE PAY

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. §499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

| TOTAL QUANTITY | TOTAL AMOUNT |
|---|---|
| 112 | 2,570.40 USD |



# Custom Produce Sales
P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| | |
|---|---|
| INVOICE NO.: | 426055 |
| INVOICE DATE: | 07/17/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 07/15/2019 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | 1 - FOB |

BUYER I.D.:          PO#

SOLD TO:   RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

SHIP TO:   RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

INSPECTION:                    B/L: 426055

OUR ORDER NO.:   426055        SALESMAN: 88 - MIKE P        ROUTING:
BROKER:                                                    LICENSE NO.: 601768        Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| CUCUMBERS CTN PLAIN PRODUCT OF MX | 42 | 14.95 | CTN | 627.90 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.

Please show our file number on your remittance. Accounts past due are subject to a **Finance charge of 1 1/2% per month, 18% per annum.** All shipments based on good delivery standards. No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record. Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice. Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement. In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. §499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

**PLEASE PAY**

| TOTAL QUANTITY | TOTAL AMOUNT |
|---|---|
| 42 | 627.90 USD |



# Custom Produce Sales
P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| | |
|---|---|
| INVOICE NO.: | 426024 |
| INVOICE DATE: | 07/15/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 07/12/2019 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | 1 - FOB |

BUYER I.D.:        PO#  188799

SOLD TO:   RINGER & SON PRODUCE
           30 NORTH 1ST AVE
           BRIGHTON, CO 80601
           US

SHIP TO:   RINGER & SON PRODUCE
           30 NORTH 1ST AVE
           BRIGHTON, CO 80601
           US

INSPECTION:                    B/L:  426024
OUR ORDER NO.:  426024    SALESMAN:  88 - MIKE P    ROUTING:
BROKER:                   LICENSE NO.  D1544T        Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| GREEN BELLPEPPER CTN XLARGE | 224 | 16.95 | CTN | 3,796.80 |
| WRAPPING CHARGES | 1 | 22.40 | | 22.40 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.

Please show our file number on your remittance.  Accounts past due are subject to a Finance charge of 1 1/2% per month, 18% per annum.  All shipments based on good delivery standards.  No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record.  Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice.  Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement.  In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

**PLEASE PAY**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. §499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

| TOTAL QUANTITY | TOTAL AMOUNT |
|---|---|
| 224 | 3,819.20 USD |



# Custom Produce Sales
P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| | |
|---|---|
| INVOICE NO.: | 426025TS |
| INVOICE DATE: | 07/17/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 07/12/2019 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | 1 - FOB |

BUYER I.D.:          PO#  188798

SOLD TO:
RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

SHIP TO:
RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

OUR ORDER NO.: 426025TS     SALESMAN: 88 - MIKE P
BROKER:

INSPECTION:                    B/L: 426025TS
ROUTING:
LICENSE NO. 01544T          Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| RED BELLPEPPER CTN CHOICE PRODUCT OF US | 28 | 32.95 | CTN | 922.60 |
| GOLD BELLPEPPER CTN CHOICE PRODUCT OF US | 28 | | CTN | .00 |
| GREEN BELLPEPPER CTN XLARGE PRODUCT OF US | 28 | 16.95 | CTN | 474.60 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

**PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.**

Please show our file number on your remittance.  Accounts past due are subject to a **Finance charge of 1 1/2% per month, 18% per annum.**  All shipments based on good delivery standards.  No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record.  Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice.  Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement.  In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

PLEASE PAY

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. §499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

| | TOTAL QUANTITY | TOTAL AMOUNT |
|---|---|---|
| | 84 | 1,397.20 USD |



# Custom Produce Sales
P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| | |
|---|---|
| INVOICE NO.: | 426026 |
| INVOICE DATE: | 07/15/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 07/12/2019 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | 1 - FOB |

BUYER I.D.:          PO# 188803

**SOLD TO:** RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

**SHIP TO:** RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

INSPECTION:                      B/L: 426026
OUR ORDER NO.: 426026     SALESMAN: 88 - MIKE P     ROUTING:
BROKER:                                         LICENSE NO: D1544T          Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| GREEN BELLPEPPER CTN LARGE | 112 | 14.95 | CTN | 1,674.40 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.

Please show our file number on your remittance. Accounts past due are subject to a **Finance charge of 1 1/2% per month, 18% per annum.** All shipments based on good delivery standards. No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record. Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice. Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement. In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

| | PLEASE PAY |
|---|---|
| The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. §499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. | 112          1,674.40 USD |
| | TOTAL QUANTITY          TOTAL AMOUNT |



## Custom Produce Sales
P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| | |
|---|---|
| INVOICE NO.: | 426033 |
| INVOICE DATE: | 07/15/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 07/12/2019 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | 1 - FOB |

BUYER I.D.:            PO#  188806

SOLD TO:
RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

SHIP TO:
RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

INSPECTION:                B/L: 426033

OUR ORDER NO.:  426033      SALESMAN: 88 - MIKE P      ROUTING:
BROKER:                                         LICENSE NO:              Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| RED BELLPEPPER CTN XLARGE  PRODUCT OF MX | 112 | 34.95 | CTN | 3,914.40 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

**PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.**

Please show our file number on your remittance. Accounts past due are subject to a Finance charge of 1 1/2% per month, 18% per annum. All shipments based on good delivery standards. No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record. Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice. Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement. In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

**PLEASE PAY**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. §499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

| | |
|---|---|
| 112 | 3,914.40 USD |
| TOTAL QUANTITY | TOTAL AMOUNT |



# Custom Produce Sales
P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| | |
|---|---|
| INVOICE NO.: | 426035 |
| INVOICE DATE: | 07/17/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 07/12/2019 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | 1 - FOB |

**BUYER I.D.:**           PO#

**SOLD TO:**
RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

**SHIP TO:**
RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

INSPECTION:
ROUTING:

B/L: 426035

**OUR ORDER NO.:** 426035      **SALESMAN:** 88 - MIKE P
**BROKER:**

LICENSE NO.  01544T          Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| CUCUMBERS CTN PLAIN PRODUCT OF MX | 42 | 14.95 | CTN | 627.90 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.

Please show our file number on your remittance. Accounts past due are subject to a Finance charge of 1 1/2% per month, 18% per annum. All shipments based on good delivery standards. No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record. Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice. Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement. In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

**PLEASE PAY**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. §499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

| TOTAL QUANTITY | TOTAL AMOUNT |
|---|---|
| 42 | 627.90 USD |



# Custom Produce Sales

P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| | |
|---|---|
| INVOICE NO.: | 424087 |
| INVOICE DATE: | 07/10/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 07/08/2019 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | 1 - FOB |

BUYER I.D.:          PO#

SOLD TO:  RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

SHIP TO:  RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

INSPECTION:                    B/L: 424087
OUR ORDER NO.: 424087    SALESMAN: 88 - MIKE P    ROUTING:
BROKER:                          LICENSE NO: AG82082    Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| GREEN BELLPEPPER CTN LARGE | 112 | 14.95 | CTN | 1,674.40 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.

Please show our file number on your remittance. Accounts past due are subject to a **Finance charge of 1 1/2% per month, 18% per annum.** All shipments based on good delivery standards. No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record. Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice. Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement. In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

PLEASE PAY

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. §499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

| | | |
|---|---|---|
| | 112 | 1,674.40 USD |
| | TOTAL QUANTITY | TOTAL AMOUNT |



# Custom Produce Sales
P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| | |
|---|---|
| INVOICE NO.: | 424081 |
| INVOICE DATE: | 07/10/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 07/06/2019 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | 1 - FOB |

BUYER I.D.:          PO#

SOLD TO:  RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

SHIP TO:  RINGER & SON PRODUCE
30 NORTH 1ST AVE
BRIGHTON, CO 80601
US

| | | |
|---|---|---|
| INSPECTION: | | B/L: 424081 |
| OUR ORDER NO.: 424081 | SALESMAN: 88 - MIKE P | ROUTING: |
| BROKER: | | LICENSE NO. 01544T | Page 1 of 1 |

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| GREEN BELLPEPPER CTN JUMBO | 448 | 14.95 | CTN | 6,697.60 |
| WRAPPING CHARGES | 1 | 44.80 | | 44.80 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.

Please show our file number on your remittance. Accounts past due are subject to a Finance charge of 1 1/2% per month, 18% per annum. All shipments based on good delivery standards. No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record. Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice. Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement. In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

PLEASE PAY

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. §499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

| TOTAL QUANTITY | TOTAL AMOUNT |
|---|---|
| 448 | 6,742.40 USD |



# Custom Produce Sales
P.O. Box 977
Kingsburg, CA 93631-0977
*Phone* 559/254-5800
*Fax* 559/646-1030

| | |
|---|---|
| INVOICE NO.: | 424080 |
| INVOICE DATE: | 07/09/2019 |
| PAYMENT TERMS: | Net 10 Days |
| SHIPPING DATE: | 07/05/2019 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | 1 - FOB |

BUYER I.D.:          PO#

SOLD TO:  RINGER & SON PRODUCE
          30 NORTH 1ST AVE
          BRIGHTON, CO 80601
          US

SHIP TO:  RINGER & SON PRODUCE
          30 NORTH 1ST AVE
          BRIGHTON, CO 80601
          US

INSPECTION:                        B/L: 424080

OUR ORDER NO.: 424080     SALESMAN: 88 - MIKE P     ROUTING:
BROKER:                                             LICENSE NO: 01544T      Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| RED BELLPEPPER CTN LARGE PRODUCT OF US | 112 | 34.95 | CTN | 3,914.40 |

Should buyer request Custom Produce Sales sell FOB at a delivered price, Seller reserves the right to charge Buyer 5% of the cost of the freight as a freight procurement fee to partially compensate Seller's staff for time spent locating a transportation carrier.

PRODUCT SOLD UNDER THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES.

Please show our file number on your remittance. Accounts past due are subject to a **Finance charge of 1 1/2% per month, 18% per annum.** All shipments based on good delivery standards. No claims accepted unless supported by USDA inspection within 24 hours of arrival and a temperature recording device record. Any deduction taken from this invoice must be approved in advance by Custom Produce Sales in writing in order to constitute full settlement on invoice. Deposit of a check for less than the full amount of an invoice shall not constitute an accord and satisfaction nor a full settlement of an invoice without prior written agreement. In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney's fees incurred thereby as damages in addition to any principal balance then remaining due.

PLEASE PAY

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. §499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

| TOTAL QUANTITY | TOTAL AMOUNT |
|---|---|
| 112 | 3,914.40 USD |